UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:    WARREN JAY BOOTHE            CHAPTER 13
         DEBTOR                        CASE NO. 11-50586

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, **WARREN JAY BOOTHE,** by Counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant(s) have filed their petition for relief under Chapter 13 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by: **AUGUSTA COUNTY GENERAL DISTRICT COURT, 6 E JOHNSON ST., STAUNTON, VA 24401,** within 90 days of the filing of the above named petition;

3. That said garnishment is in favor of**: AUGUSTA MEDICAL CENTER, C/O SCOTT/KRONER, PLC., 418 E. WATER ST., CHARLOTTESVILLE, VA 22902.**

4. The EMPLOYER is**: HARRIS TEETER, ATTN: PAYROLL, PO BOX 10100, MATTHEWS, NC 28106;**

5. The creditor is attempting to garnish:  **EMPLOYEE'S WAGES**.

WHEREFORE, your applicant prays that said garnishment be quashed and that he have such other and further relief as the nature of his case may require.

Date:    May 5, 2011                Respectfully submitted,

                                    By:  /s/ David Cox
                                         Counsel for Debtor

COX LAW GROUP, PLLC
900 LAKESIDE DRIVE, SUITE A
LYNCHBURG, VA 24501
(434) 845-2600                 Certificate of Service

I certify I have sent by postage prepaid, first class U.S. Mail this pleading to the Debtor; Debtor's Employer:  **HARRIS TEETER, ATTN: PAYROLL, PO BOX 10100, MATTHEWS, NC 28106;** to the court: **AUGUSTA COUNTY GENERAL DISTRICT COURT, 6 E JOHNSON ST., STAUNTON, VA 24401**; and to the Creditor: **AUGUSTA MEDICAL CENTER C/O SCOTT/KRONER, PLC., 418 E. WATER ST, CHARLOTTESVILLE, VA 22902.**

                                    /s/  David Cox
                                    Counsel for Debtor